UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANKLIN H. WRIGHT**, <br> Plaintiff, <br> v. <br> **SBO PICTURES INC., ET AL.**, <br> Defendants. | Case No. 15-cv-03647-YGR <br><br> **ORDER DENYING MOTION FOR ECF ACCESS** <br><br> Re: Dkt. No. 6 |

Plaintiff has moved for permission to file documents electronically through the Court's ECF system pursuant to Civil Local Rule 5-1(b). (Dkt. No. 6.) The Court, in its discretion, **DENIES** the request.

This Order terminates Docket Number 6.

**IT IS SO ORDERED.**

Dated: September 18, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**