UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANKLIN H. WRIGHT**, <br> Plaintiff, <br> v. <br> **SBO PICTURES INC., ET AL.**, <br> Defendants. | Case No. 15-cv-03647-YGR <br><br> **ORDER TERMINATING CASE** <br> Re: Dkt. No. 9 |

On September 18, 2015, the Court denied plaintiff's application to proceed *in forma pauperis* and dismissed his complaint without prejudice. (Dkt. No. 9.) Plaintiff was given leave to file an amended complaint and renewed application by October 13, 2015. (*Id*.) As plaintiff has failed to do so, the Clerk shall administratively close the case file.

**IT IS SO ORDERED.**

Dated: October 21, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**